JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STILETTO TELEVISION, INC.,<br>    Plaintiff,<br><br>         v.<br><br>HASTINGS, CLAYTON & TUCKER, INCORPORATED, et al.,<br>    Defendants. | CV 18-3911 DSF (PLAx)<br><br>JUDGMENT |

 The Court having granted a motion for summary judgment in favor of Defendant,

 IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date: April 14, 2020

              *Dale S. Fischer*
              Dale S. Fischer
              United States District Judge